**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**LORI GRANE,**

    **Plaintiff,**

CASE NO.: 6:22-cv-152__

v.

**NUVIEW IRA, INC.,**
a Florida Profit Corporation,

    **Defendant.**

_____/

**DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL**

Defendant, NUVIEW IRA, INC., by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, the applicable Federal Rules of Civil Procedure and Local Rules of the United States District Court for the Middle District of Florida, hereby files this Notice of and Petition for Removal ("Petition for Removal"). Defendant hereby requests that this Court remove the action filed by Plaintiff, LORI GRANE, from the Eighteenth Judicial Circuit in and for Seminole County, Florida to the United States District Court for the Middle District of Florida, Orlando Division. The removal of this action is based on the following:

**Background**

1. On or about December 17, 2021, a civil action was filed in the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida, under the name and style *Lori Grane v. NuView IRA, Inc.* (Case Number 2021-CA-002944) (hereinafter the "Circuit Court Case"). On or about December 27, 2021, an Amended Complaint was filed

in the Circuit Court Case. A true and correct copy of the Amended Complaint filed in the Circuit Court Case is being filed with this Court along with this Petition for Removal. *See* Exhibit "A."

2. Plaintiff's Amended Complaint in the Circuit Court Case alleges employment related claims arising out of her former employment with NuView IRA, Inc. Count IV[1] of the Amended Complaint alleges a claim of discrimination pursuant to the Age Discrimination in Employment Act of 1967, as amended, 29 U. S.C. 626 *et seq.* ("ADEA")

3. This action is therefore within the original jurisdiction of the United States District Court, pursuant to 28 U.S.C. § 1331, as Plaintiff's claim under the ADEA arises under the laws of the United States. *See* 28 U.S.C. § 1331.

4. Pursuant to 28 U.S.C. § 1367, "the district court shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). Counts I, II, and III of Plaintiff's Complaint allege similar claims of discrimination and retaliation brought under the Florida Civil Rights Act (FRCA). These claims are directly related to the Plaintiff's claim of discrimination under the ADEA. Therefore, the Court has supplemental jurisdiction over these claims.

---

[1] The Amended Complaint lists four counts that appear to be mis-numbered. The cause of action alleging a claim under the ADEA is listed as Count IV, but numerically would be Count III.

**Venue**

5. The United States District Court for the Middle District of Florida, Orlando Division, includes the judicial circuit in which Plaintiff filed her Complaint. Thus, removal to this Court is proper pursuant to 28 U.S.C. § 1446(a).

**Compliance With Procedural Requirements**

6. Defendant was served with the Complaint, on January 5, 2020. This Notice of and Petition for Removal has been filed within thirty (30) days after service of the Complaint in the Circuit Court Case. Thus, this Notice of and Petition for Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

7. Copies of all process, pleadings, orders and other papers or exhibits of every kind currently on file with the state court are being filed with this Court along with this Notice of and Petition for Removal, as required by 28 U.S.C. § 1446(a) and Local Rule 1.06 M.D. Fla. *See* Exhibit "B."

8. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of this removal to all parties in this action and will file a copy of this Notice of and Petition for Removal in the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida.

WHEREFORE, Defendant, NUVIEW IRA, INC., respectfully requests that the United States District Court for the Middle District of Florida, Orlando Division, accept the removal of this action from the state court and direct that the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida, have no further jurisdiction of this matter unless and until this case is remanded.

DATED this 25th day of January, 2022.

Respectfully submitted,

*/s/ Jessica DeBono Anderson*
JESSICA DEBONO ANDERSON
FBN: 58503
**LEAD COUNSEL**
DANIELLE M. SIMPSON
FBN: 1010871
COLE, SCOTT & KISSANE, P.A.
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810
Primary Email:
Jessica.Anderson@csklegal.com
Secondary Email:
Danielle.Simpson@csklegal.com
Secondary Email:
Cynthia.Acuna-Nelson@csklegal.com
Telephone: (321) 972-0037
Facsimile: (321) 972-0099
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

*/s/ Jessica DeBono Anderson*